May 22, 2014

To whom it may concern:

I, Maria I. Castillo Hercules, United States Citizen, separated, with 2 USC children, and residing at: 3035 Fordson Ct., Alexandria, VA 22306, am the sister of Mr. Jose Luis Castillo – Hercules.

The reason why I am writing this letter is to let you know how affected we are with my brother's detention. As explained, I am a single-mother of two children: a 12 years old girl, and a 14 years old boy, both attending school. My brother Jose has fulfilled their father's role, since their own left us several years ago.  Jose helps us financially as well as emotionally.

I usually work as a cook to cover our expenses, but what I make is not always enough, and sometimes I am off work. But Jose has always been there to cover any of our economic gaps. He is always concerned about our well-being; about the children's development at school; about their basic needs, clothes, food, school items, etc.

Jose's routine was to play with my children and his. They used to go out to the park and different places and have fun. Now my children and I are devastated. Jose is detained and we really feel helpless without him.

My children have been affected psychologically by the situation. My older son in particular, has lowered his grades and his behavior is different. I am genuinely worried.

Jose is definitely the person who has kept our lives moving ahead. He is an honest, responsible, vibrant, enthusiastic, humanitarian man, whose love and sincerity has modeled our lives.

STATE OF *Virginia*
COUNTY OF *Fairfax*

Sworn to (or affirmed) and subscribed before me
this _6_ day of *June* 20*14* by *Maria I. Castillo Hercules*

_____     *Antonio Perdomo*
Notary Public's Signature        Notary Name
Personally Known      OR
Type of Identification Produced   *Drivers license* of *VA*

ANTONIO PERDOMO
NOTARY PUBLIC
REGISTRATION # 7163481
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
June 30, 2016

70

On my children's and my own name, I respectfully request compassion and understanding from the authorities on his behalf.

Very truly yours,

_~muyfal_        6-6-14

Maria I. Castillo Hercules

---

### Certificate of Translation

I, Jorge E. Artieda, am fluent in both English and Spanish.  I am competent to translate from Spanish into English, and certify that the translation of Maria I Castillo-Hercules' oral statement, reflected in the attached document, is true and accurate to the best of my abilities.

Jorge Artieda
100 N. Washington Street, Ste. 222
Falls Church, VA 22046
703-388-6055



I, Francisco Hercules Orellana, 76 years old; I.D. #01032574-5, grandfather of Jose Luis Castillo Hercules, share with you this declaration hoping that it could help my grandson's case. When Jose Luis was deported from the United States in 2004, my wife and myself, welcomed him with open arms, wishing he would reflect and changed his way of life. This he achieved within a few months. Little by little he formed part of a prayer group that my wife was a member of in the Catholic Church that met every week. That helped him tremendously to change his way of life and the way he saw life. He would always keep himself out of the street and he was committed to work hard for the food that I provided and the house where he lived. Every day he and I would get up early to work on the fields to grow corn, beans and vegetables. He also helped me with the cattle. While he lived at our home, I always noticed on him a charming young man full of life and filled with dreams and in love with life. He was always looking after his grandmother's needs as well as mine. He was of great help to us.

I knew the reason why he was deported, and I also knew that the gangsters were hounding him. We lived in a small area where everybody knows each other. I know that on many occasions, gang members wanted him to be part of their group. They invited him to drink so they could convince him to rejoin them to a way of life he had decided he wanted no part of. Jose would used alibis to avoid

**73**

them, but soon the gangs realized that Jose did not want to be part of their group, and when that happened, they retaliated against him.

On day without warning two groups of armed gangsters burst into my house (where Jose Luis, his grandmother and I used to live). One group stood at the main entrance while the other guarded the exit door. They yelled Jose Luis' name. They wanted him to come out so they could kill him.

I have a legal permit to carry a firearm. But I was terrified that they would shoot at us in any moment. So I was forced to shoot in their direction, at one of the doors where the gangs were. At the same time I shout at them that Jose Luis wasn't home and if they didn't leave my property right away that I would call the police. They shouted that he won't be safe; that they will find him, and that he's been given the "Green Light," which for them means that Jose could be killed.

Frightened by what we had witnessed, I immediately decided to get him out of the house to prevent a tragedy. I clearly know that a gang's threat are not empty ones. They don't rest until they accomplish it. If he stayed at home or in town, he risked being ambushed and killed. He could be ambushed and killed. My wife and I were also afraid that the gangsters would try to kill us because we were trying to protect Jose Luis.

So I decided to hide Jose Luis in the trunk of a car. The driver took him by the rear door of the house. Days went by and I still could see them stalking our house and many times they would send over children to ask for Jose Luis. After such an experience, my wife and I were left terrorized and avoided leaving home. After that experience my wife and I were terrified and tried not to leave the house. My wife's health deteriorated significantly after this event and unfortunately died. I feel extremely sick and don't leave home.

Thanks God, I still can breathe to tell a little about our life with Jose Luis. I love and miss my grandson very much. I know that if he had not been threatened, he may still be living with me. And I am sure that if he returns, his life will be in danger. Thanks for your attention, and again, I beg you the opportunity for him to stay in the United States with his family, where he has been able to be away from gangs, and where safety is much better.

(Illegible signature)                              (Stamp)

(Authentication stamp and illegible signature)

<u>Certificate of Translation</u>

I hereby certify that I am fluent in both the English and Spanish languages. I certify that I have trustfully and accurately translated the attached statement from the Spanish language into the English language to the best of my abilities.

_____

Jorge E. Artieda
10 N. Washington Street, #222
Falls Church, VA 22046
703-388-6055

Yo Francisco Hércules Orellana de 76 años de edad y con Dui: 01032574-5, abuelo materno de José Luis

Castillo Hércules Comparto con ustedes mi testimonio con la esperanza que este les ayude a tomar una

decisión en el caso de mi nieto.  Cuando José Luis fue deportado de los Estados Unidos en el 2004, mi

esposa y yo lo recibimos con los brazos abiertos con el deseo que el refeccionara y cambiara su forma de

vivir; lo que con el transcurso de los meses el logro. Poco a poco se integró a un grupo de oración que mi

esposa siendo miembro de la Iglesia Católica hacia cada semana.  Eso lo ayudo tremendamente a

cambiar su forma de vivir y la forma que el veía la vida.  Siempre se mantuvo alejado de la calle y se

propuso a trabajar duro para ganarse los alimentos que se le daban y el techo que lo amparaba.  Todos

los días salíamos muy temprano los dos a trabajar en el campo, a cultivar maíz, frijoles, y vegetales,

también me ayudaba con el ganado.  Mientras que vivió en mi casa, vi en el a un joven carismático con

ganas de vivir y enamorado de la vida, con sueños.  Siempre estuvo pendiente de las necesidades de la

abuela y mías, era una gran ayuda en la casa.

Yo savia la razón por la que él fue deportado y también savia que los pandilleros lo acosaban. Vivimos en

un lugar pequeño donde todas las personas se conocen; sé que en muchas ocasiones los miembros de

las pandillas los buscaban para que el saliera con ellos en agrupaciones. Lo invitaban a salir a tomar, en

fin el propósito de ellos era que el volviera a la misma vida que el había decidido dejar. José Luis les daba

pretextos para no salir pero con el tiempo ellos comprendieron que él lo que deseaba era estar alejado

de ellos, y cuando eso paso ellos tomaron represaría en contra de él.

Un día de repente se presentaron en mi casa (donde José Luis vivía con su abuela y yo) dos grupos de

maleantes (pandilleros) armados, un grupo se paró en la salida trasera de mi casa y el otro se paró

enfrente de la entrada principal. A gritos llamaban su nombre y le decían que saliera, que lo estaban

esperando para  matarlo. Yo soy portador legal de un arma y aterrorizado que fueran a abrir fuego en

cualquier momento,  ese día me vi en la necesidad de disparar con dirección hacia una de las puertas

donde estaba uno de los grupos y al mismo tiempo les grite que en mi casa no estaba José Luis y que si

no se largaban en ese momento de mi propiedad entonces llamaría la policía. Ellos gritaron que no se

salvaría y que lo buscarían hasta encontrarlo lo amenazándolo con un código llamado "LUZ VERDE" lo

que para ellos es el código para matar.  Asustados por lo que habíamos presenciado de inmediato tome

la decisión de sacarlo de la casa para prevenir una tragedia. Se claramente que cuando los pandilleros

amenazan no lo hacen en falso. Ellos no descansan hasta cumplir sus terribles amenazas.  Al el quedarse

en mi casa o en el pueblo corría el riesgo de ser emboscado y lo mataran.  También yo y mi esposa

estábamos atemorizados que los pandilleros atentaran con nuestras vidas por proteger a José Luis.

Decidí de esa manera  sacarlo Escondido en la parte de atrás de un carro. De esa manera el chofer lo

saco por la parte trasera de la casa. Los días pasaron y personas sospechosas rodean la casa y en muchas

ocasiones mandaban a niños a preguntar por José Luis. Luego de esa experiencia mi esposa y yo

quedamos aterrorizados y evitamos salir de la casa. La salud de mi esposa deterioro bastante después

de lo que paso, desafortunadamente ya mi esposa murió y yo estoy enfermo y  no salgo para nada de mi

casa.

Gracias a Dios hoy respiro para contarles un poco de lo que vivimos junto con José Luis.  Quiero mucho a

mi nieto y lo extraño mucho.  Sé que de no haberse encontrado bajo amenaza de muerte el seguiría

viviendo aquí y estoy cien por ciento seguro que si el regresara su vida corre mucho peligro.  Gracias por

la atención prestada y nuevamente me tomo el atrevimiento de suplicarles que le den la oportunidad de

quedarse en los Estados Unidos junto con su familia donde ha podido mantenerse alejado de las

pandillas y donde también la seguridad es cien por ciento mejor que aquí.

*Francisco J. Hercules*

DOY FE: que la firma que calza el documento que antecede y que se lee
" *Francisco Hercules* " es AUTENTICA por haber
sido puesta a mi presencia por su puño y letra por *Francisco*
*Hercules Orellana* de *setenta y seis* años de edad
*Agricultor* del domicilio
de *Caña Sucia* persona a quien *hoy conozco*
e identifico con su Documento Unico de Identidad número *cero uno*
*cero tres dos cinco siete cuatro - cinco .- San*
*Salvador, veinticinco* de *Febrero* de dos mil *catorce*







**BETTER LAWN SERVICE, INC.**
P.O. BOX 5256, ARLINGTON, VA 22205
(703) 538-5004



May 16, 2014

To Whom it May Concern:

My name is Charlie Dierkes and I am the owner of Better Lawn Service, Inc.; a lawn maintenance and landscaping company located in Arlington, Virginia. I have had the pleasure of knowing and working with Luis Castillo for over twelve years. His current position at Better Lawn Service is manager of one of the lawn maintenance crews. As manager, his responsibilities include maintaining the trucks and lawn equipment; as well as ensuring the work assignments are completed in a timely and efficient manner. Luis is an intelligent, capable, dedicated and honest young man. I trust him completely. As one of my managers, Luis has access to my commercial storehouse, where thousands of dollars worth of supplies and equipment are kept. I depend on Luis to assure the inventory is organized and replaced as needed. He is always quick to adjust to any circumstances he encounters while performing his duties. The lawn care business is routinely wrought with scheduling changes, inclement weather issues, and equipment breakdowns. I have found Luis' flexibility and creative thinking to be an asset to my company.

I know Luis to be a wonderful husband to his wife and a loving father to his two daughters. He has always performed an excellent job while at work and returns home at the end of each day to his family. I have never seen him use alcohol or drugs, either on or off the job.

I understand that Luis has violated the law. However, I can honestly say I would immediately accept him back on the job when given the opportunity. Luis is one of the most trustworthy, responsible and hard-working people I know. Not only is he a great employee, but he is a good friend.

Please feel free to contact me if you have any questions.

Sincerely,

*Charlie Dierkes*

**BETTER LAWN SERVICE, INC.**
P.O. BOX 5256, ARLINGTON, VA 22205
(703) 538-5004



---

**May 16, 2014**

**To Whom It May Concern:**

**My name is Robert Wayne Hallauer.  I am employed at Better Lawn Service, Inc.; a landscaping and lawn maintenance company located in Arlington, Virginia.  I have known Luis Castillo as a fellow employee and friend for over twelve years.**

**I can confirm that he is a man of great integrity, responsibility and is extremely dedicated to his family and his job.**

**I strongly believe that he would be a value to the community and to Better Lawn Service, if given another chance.**

Sincerely,

Robert Wayne Hallauer

Wayne Hallauer



May 14, 2014

TO WHOM IT MAY CONCERN:

I MARIA M. PENA GARCIA, am a United States Citizen, I live at 2017 S. Lowell St. Arlington, VA, 22204. I have lived in the United States for 32 years, and worked for Georgetown University for 31 years in the bakery.

In this letter I am stating that I have known JOSE LUIS CASTILLO HERCULES for 12 years. I met him by my daughter. At first I did not accept him but with time I have determined that he is a great person for my daughter and my granddaughters. He is a very good person. He loves my daughter and loves my two granddaughters. He is a great father, brother and son. He also is a hard worker. He provides for the family. When he was small he took care of his brothers and sisters when his mother came to the United State and now he is the one that supports my daughter and their children. My granddaughters are suffering a lot because he is not here with them and miss him so much.

My daughter woks in the afternoon and Jose was the one who watched them always and took care of them. I am taking care of them now because Jose is not here and my granddaughters ask me when he is coming back. I tell them that he will be here for her birthday. I try to distract them but is very hard. Jose's daughters can't seem to forget the way there father was taken. It causes them a lot of sadness and it causes me a lot of sadness to see them sad. It breaks my heart.

We all make mistakes and we should be given a chance. I know he has change and he has demonstrated to all of us.

All of this is causing suffering for his two little children, my daughter and all family members which love him so much.

I hope with this letter you give Jose a chance to be with his daughters and loved ones.

Sincerely,

Maria Pena Garcia

WARREN L. JACKSON
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES SEPT. 30, 2017
COMMISSION # 7538247

---

**Certificate of Translation**

I, Jorge E. Artieda, am fluent in both English and Spanish.  I am competent to translate from Spanish into English, and certify that the translation of Juan Carlos Mendieta's oral statement, reflected in the attached document, is true and accurate to the best of my abilities.

Jorge Artieda
100 N. Washington Street, Ste. 222
Falls Church, VA 22046
703-388-6055

**84**





My name is Marvin Castillo Hernandez. I'm a ninth grader at West Potomac High school. Jose Luis Castillo Hercules is my uncle I've known him my whole life. I feel very generous to know him. My uncle is always honest. He cares for everybody and has a good reputation with everybody he meets or knows. His work habits are good. He does not miss a day of work and is hood at what he does. my uncle treats me as if I were his son and always gives me good advice and leads my down the right path. He tells me not to do drugs or join gangs or any illegal thing because he knows that I'm going to be in the position he is in right and he dose not want that for me or my future. He always feels remorse and sorrow and expressed to me the day I went to visit him at the detention center and in the past. My uncle has changed for the good of his family and everyone around him. So I hope everything goes alright.

Marvin E Hernandez Castillo
3035 Fordson cT
Alexandria VA 22306

STATE OF Virginia
COUNTY OF Fairfax

Sworn to (or affirmed) and subscribed before me
this 6 day of June 20 14, by Marvin E Hernandez Castillo

_____        Antonio Perdomo
Notary Public's Signature          Notary Name
Personally Known _____ OR
Type of Identification Produced ID Card OF Virginia

Marvin H.

ANTONIO PERDOMO
NOTARY PUBLIC
REGISTRATION # 7163481
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
June 30, 2016



May 25, 2014

To whom it may concern:

My name is Carlos Javier Hercules. I am Jose Castillo's cousin. I am 21 years old, single, permanent resident of the USA, since 2003 - A# 062-966-916; college student, residing at: 31-33 Graham Rd. Falls Church, VA 22042.

I am very grateful to Jose Luis, my cousin. If it wasn't for him, I, most probably wouldn't be making this declaration, because on August, 2013, I would have left home forever. As a matter of fact, on those dark days I took a very serious decision: that I would leave home because the relationship with my father was unbearable. I really didn't know where to go, but I had to leave.

Fortunately, I met Jose, who by the way was very trustful and a very good friend, I could trust him. I told him about my determination. He listened well, helped me to analyze carefully the consequences on my life, my parent's, my professional future, and the possible effects and outcomes of my decision. He helped me to review it and reconsider it. Thanks God I listened to him and decided to stay and work things out with my dad and keep myself on the good track.

Jose is one of those few good guys. He is intelligent, very responsible with his family; hard worker, honest, humanitarian; he worries about others and is always there to help.

Jose is a very valuable person. Deserves an opportunity. Please give him one.

Very truly yours

Carlos Javier Hercules

Virginia Cardenas
Notary Public
Commonwealth of Virginia
My Commission Expires __03-31-2015__
Commission ID# 7094589

JUNE 07 2014

---

**Certificate of Translation**

I, Jorge E. Artieda, am fluent in both English and Spanish. I am competent to translate from Spanish into English, and certify that the translation of Carlos Javier Hercules' oral statement, reflected in the attached document, is true and accurate to the best of my abilities.

Jorge Artieda
100 N. Washington Street, Ste. 222
Falls Church, VA 22046
703-388-6055

**88**

June 04, 2014

To Whom It May Concern;

My name is Dalia López Lincoln. I am a U.S. citizen and a Regional Consultant with Ambit Energy. I have known Jose Luis Castillo Hercules for almost 3 years. I met Jose October 2011 when his uncle asked me to listen to his story to see if I could help him out. My cousin is an attorney and works with immigration clients. Jose told me he had been threatened by members of MS13. He said he was at a restaurant and several of these individuals came in. He tried to hide; unfortunately, they saw him and came over. Jose was told to be in a certain location in Maryland on a certain date; I can't recall the date and location. The main guy asked for Jose's phone number. Jose considered giving them a fake number but this person said he was going to call Jose to make sure he wasn't giving him a fake number. Jose didn't go to Maryland because he was afraid he would be killed. Soon after giving this man his phone number the threats started. Both he and his family were threatened. He told me he wanted nothing to do with MS13. He regretted getting involved with MS13. When he was deported it "sunk in" that he'd lost his residency because of a stupid choice he made when he was young. He was worried for his family's wellbeing. He didn't know who to trust but felt comfortable telling me because his uncle trusted me. He told me about his time in El Salvador. He said he used his hip surgery as an excuse to get away from them. They wanted him to go and do bad things like threaten people, extort them and beat them up and if necessary kill them. All he wanted was a peaceful life helping is grandfather in the field. He told me about the day he was whisked away from his grandparent's home. He said a bunch of the MS13 gang surrounded the home and started shooting up the place. Luckily, his grandparents had a wall around the home and his grandfather decided to shoot at them-to scare them away-as they were trying to enter through one of the side gates. They hid Jose in the trunk of a car and took him to another home. He moved around trying to stay ahead of them. Even though he had been deported he realized his only hope was to try to re-enter the United States of America. The trip was treacherous. He wore long sleeve shirts because he feared not only the MS13 gang but rival gangs. He traveled with women not only to protect them but in hopes that they would leave him alone. At one point in his trip, one of the individuals wanted him to take off his shirt but the women came to his rescue. After listening to his agonizing story I chose to help him in any way possible. After discussing his situation with my cousin, I told Jose that he needed to contact the police. He was scared of going to them but agreed if I accompanied him. ██████████████████████████████████████████████████z, who he knew from his former life. ██████████████████s was an honest and fair individual. I███████████k ███████████████g. Jose and his uncle came to my home and we left in my vehicle that was in my garage. He hid in my backseat.

Jose has done handyman work around our home. He is an honest and hardworking individual who does whatever is necessary to complete the job. When we asked him to mount one of our TVs in our bedroom he spent the entire day trying to make it work. We had to go back & forth to Best Buy several times because we couldn't find the right TV wall mount. Anyone else would have gotten tired of us and just left after the first 2 TV wall mounts or charged us for the day lost in our home but not Jose. He said he'd promised to get it done and would make it happen; he has a strong work ethic. Everyone I who has

interacted with has had a positive experience; whether work or personal they've all enjoyed meeting him and spending time with him.

I have had the pleasure of interacting with Jose and his family on many occasions. He is an amazing and patient father. He takes care of the girls when he gets off work and his common law wife goes to her part-time job. He feeds, bathes, & puts them to bed. On several occasions we have enjoyed family dinners together. His mom & I cook and he takes care of the girls when Cynthia is at work. We attend parties at each other's homes. He is a family man who only wishes to provide for his wife and family. I've offered to help Cynthia plan their wedding. We hope to have that chance very soon. He goes to work and comes home to his wife and children. He does not go out to bars because he doesn't know who will see him and recognize him from his former life. He wants nothing to do with those people and that life. His happiness comes from watching his girls grow and change.

The man I know is not the person he and others have described from his former life. He has grown into a responsible father and man. While he did come back in to the country illegally he feels remorse for the way in which he entered the U.S. but he did not have another option. Jose is an industrious individual who simply wants to provide for his family. He is honest and a loyal friend. He is a loving, caring father who does whatever is required of him to provide for his family. He is a hardworking individual and I recommend he be allowed to stay in this country and continue contributing to our society.

Sincerely,

Dalia López Lincoln

Date June 5, 2014

State of: Maryland

County of: Charles

Subscribed and sworn before me on this 5th day of June, 2014

**Witness my hand and official seal**

Signature of Notary

Madia M. Snyder
Printed Name

My Commission Expires: 04/25/2015

Madia M. Snyder
NOTARY PUBLIC
Charles County
Maryland
My commission expires
April 25, 2015

May 19, 2014

My name is Leonel Jovel Menjivar, 43 years old, married, 2 USC children, construction worker; residing at 3508 Belleview Avenue, Alexandria, VA 22303.

I confirm knowing Mr. Jose Castillo for at least 2 years. I knew him at the Alexandria Hospital, when my daughter was born. We were talking in the waiting area and when he learned that we didn't have a way to get home and that we have to get a cab, he quickly offered his help with the transportation. Since that day, we built a lasting friendship. Jose has also helped me when I have been going through temporary financial difficulties. That qualifies him as a person with a great heart.

I am happy to have Jose Castillo as one of my good friends, because he is always there when needed.

Very truly yours,

Leonel Jovel Menjivar

City/County of _Fairfax_
Commonwealth/State of _Virginia_
I hereby certify that the attached document is a true and exact copy of a _____, presented before me this _09_ day of _June_,
_____ Notary Public
My commission expires _05/31/17_.

BETSY EUGENIA HUEZO RIVERA
NOTARY PUBLIC
REG # 7575564
MY COMMISSION
EXPIRES
5/31/2017
COMMONWEALTH OF VIRGINIA

---

### Certificate of Translation

I, Jorge E. Artieda, am fluent in both English and Spanish. I am competent to translate from Spanish into English, and certify that the translation of Leonel Jovel Mejivar's oral statement, reflected in the attached document, is true and accurate to the best of my abilities.

Jorge Artieda
100 N. Washington Street, Ste. 222
Falls Church, VA 22046
703-388-6055

May 19, 2014

To whom it may concern:

My name is Imelda Sandoval, from El Salvador, married, two USC children. This is to confirm that I know Mr. Jose Castillo Hercules from three years ago.

I got to know him at a bus stop. It was a very hot and sunny day, he went by with his car with his wife and offered me a ride, which I accepted mainly due to the inclement weather and also because he looked like a good and well-intentioned fellow. Our friendship took me to know his wife and children and to know that he is a very responsible person, a very compassionate individual, always ready to help anybody who needs him

His family is under extreme hardship due to his situation. He regrets his error and wish to rejoin his wife and children as soon as possible.

Very truly yours,

_Imelda. Sandoval_

Imelda Sandoval

2508 Belbvew Ae

Alexandria VA 22303

571. 319. 3647

City/County of _Virginia - Fairfx_
Commonwealth/State of _Virginia_
I hereby certify that the attached document is a true and exact
copy of _____
before me this _09_ day of _June_ 2014
_____ Notary Public
My commission expires _05/31/2017_

BETSY EUGENIA HUEZO RIVERA
NOTARY PUBLIC
REG # 7575564
MY COMMISSION
EXPIRES
5/31/2017
COMMONWEALTH OF VIRGINIA

---

### Certificate of Translation

I, Jorge E. Artieda, am fluent in both English and Spanish. I am competent to translate from Spanish into English, and certify that the translation of Imelda Sandoval's oral statement, reflected in the attached document, is true and accurate to the best of my abilities.

Jorge Artieda
100 N. Washington Street, Ste. 222
Falls Church, VA 22046
703-388-6055

**92**

05/14/1014

To whom it may concern:

My name is Ricardo Mendez, 29 years old, painter. I live with my wife and our two children at 53-18 Ravensworth Rd, Springfield, VA 22170. I am making this declaration on behalf of my good friend Jose Luis Castillo.

I know Jose Luis for over six years. He and his wife used to rent us a room. We have always get along well and I can only speak the best of him.

He is a very humanitarian person. He understands and helps people in need, like the time when I spent 3 days at the Fairfax Hospital due to an injury that affected my back. I couldn't work for two months, and he waived the rent until I could return to work. Not many people do that these days.

From what I heard and recall, He is that kind of person. He enjoys helping people without any condition.

Without hesitation I would thank you in advance for your best considerations.

Very truly yours,

Ricardo Mendez

---

**Certificate of Translation**

I, Jorge E. Artieda, am fluent in both English and Spanish. I am competent to translate from Spanish into English, and certify that the translation of Ricardo Mendez's oral statement, reflected in the attached document, is true and accurate to the best of my abilities.

Jorge E. Artieda
100 N. Washington Street, Ste. 222
Falls Church, VA 22046
703-388-6055

# All-purpose Acknowledgment

STATE OF _Virginia_ , COUNTY OF _fairfax_

On _6th June, 2014_ before me, the undersigned, a Notary Public in and for said State, personally appeared

_Ricardo Mendez_

○ personally known to me  –OR–  ◉ proved to me on the basis of satisfactory evidence/ to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _[signature]_

Name (type or printed) _Yassir H. Hamdi_

My commission expires: _10-31-2018_

(Seal)

**YASSIR H. HAMDI**
**NOTARY PUBLIC 7591363**
**COMMONWEALTH OF VIRGINIA**
**MY COMMISSION EXPIRES 10/31/2018**

HEL7494 (2-06 97916)

**94**

May 15, 2014

To whom it may concern:

My name is Sayra Hernandez, married, two children, residing at 53-18 Ravensworth Rd, Springfield, VA 22170.

I am making this statement on behalf of Mr. Jose Luis Castillo Hercules, a family friend who used to be our neighbor

I have known Mr. Castillo from about five years. I know him as a quiet, respectful, considerate individual, who cares very well for his family, love his daughters and likes to help others.

I remember a situation, specifically on November 2013, when in a particular day at 7:00 AM, I was struggling with my car which couldn't start, and I was in a hurry to drop my daughter at school.

It seems that Mr. Castillo was looking at my efforts to start the car from his apartment, and understood my problem. Without any hesitation, he offered to lend me his car, so I could go with my daughter to the school, which I accepted right away and could solve my temporary problem.

Gestures of that nature are rare to find on most people.

I hope this declaration helps Mr. Castillo on his particular purposes.

Very truly yours,

_____

Sayra Hernandez

---

**Certificate of Translation**

I, Jorge E. Artieda, am fluent in both English and Spanish. I am competent to translate from Spanish into English, and certify that the translation of Saira Hernandez's oral statement, reflected in the attached document, is true and accurate to the best of my abilities.

_____

Jorge E. Artieda
100 N. Washington Street, Ste. 222
Falls Church, VA 22046
703-388-6055

**95**

# All-purpose Acknowledgment

STATE OF _Virginia_____, COUNTY OF _fairfax____

On _6th June, 2014_____ before me, the undersigned, a Notary Public
in and for said State, personally appeared _Sayra Hernandez_____
_____

○ personally known to me  –OR– ◉ proved to me on the basis of satisfactory evidence/ to be the person(s)
whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____
Name (type or printed)
_Yassir H. Hamdi_____
My commission expires:
_10 - 31 - 2018_____

(Seal)

**YASSIR H. HAMDI**
**NOTARY PUBLIC 7591363**
**COMMONWEALTH OF VIRGINIA**
**MY COMMISSION EXPIRES 10/31/2018**

HEL7494 (2-06 97916)

**96**

May 29, 2014

To whom it may concern:

My name is Carlos Mendieta Rios, residing at: 861 Glen Bryant St. Apt 42, Arlington, VA, 22204.

This is to corroborate that I have the privilege to know Jose Castillo since February 28, 2009. On that day, I was in Annandale with my cousin Gustavo in a difficult situation. My car had a flat tire and we needed a ride to a mechanic shop, but nobody would help us. Suddenly, Jose showed – up in his car, and offered us his help without even knowing who we were.

From then on, we have been close friends; we have frequently visited each other's houses, and have hanged out together.

During all this time, I have had the opportunity to know him better and realize that Jose is a real good and humanitarian person, who cares very much for his family, relatives, neighbors and friends. Without doubt, I would say that there are not many people like him, and that we miss him very much.

I hope this reference letter will fully serve his purposes. He deserves the best.

Sincerely,

*Juan Carlos Mendieta*
Juan Carlos Mendieta

May, 29, 2014
My comission expires 30/09/2017

---

**Certificate of Translation**

I, Jorge E. Artieda, am fluent in both English and Spanish. I am competent to translate from Spanish into English, and certify that the translation of Juan Carlos Mendieta's oral statement, reflected in the attached document, is true and accurate to the best of my abilities.

Jorge Artieda
100 N. Washington Street, Ste. 222
Falls Church, VA 22046
703-388-6055

**97**

May 20, 2014

To whom it may concern:

I Miguel Hercules Lopez, 47 years old, United States Citizen, married, residing at 35-33 Graham Rd. Falls Church, VA 22042, by this means declare to know Mr. Jose Castillo Hercules. He is my nephew.

He is a dear and respected member of the family. It is known to be a hardworking, honest and responsible individual, dedicated to his family and compromised with the wellbeing of his children.

I am not aware of any wrongdoing he may have had in the past, but the only testimony I can provide about him is that he is a very dear fellow in the community.

Very truly yours,

_Miguel Heals Lope_

Miguel Hercules Lopez

State of _VA_ County of _Fairfax_
Subscribed and sworn before me on _6/7/2014_
(Date)

_____
(Notary Signature)

```
MAI-THY N NGUYEN
NOTARY PUBLIC 361817
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES FEBRUARY 28, 2017
```

---

## Certificate of Translation

I, Jorge E. Artieda, am fluent in both English and Spanish. I am competent to translate from Spanish into English, and certify that the translation of Miguel Hercules Lopez's oral statement, reflected in the attached document, is true and accurate to the best of my abilities.

Jorge E. Artieda
100 N. Washington Street, Ste. 222
Falls Church, VA 22046
703-388-6055

**98**

May 17, 2014

My name is Maria Menjivar, residing at 2508 Belleview Avenue, Alexandria, VA 22303.

I confirm knowing Mr. Jose Castillo Hercules in circumstances that a tree fell down in our neighborhood about three years ago. Jose helped us to cut it, without any condition, just to collaborate with the neighbors.

From then on, he is very well known in our community as a humanitarian person.

We also know that his wife and children are going through an ordeal without him.

_Maria Menjivar_

ABEL A. SANDOVAL
NOTARY PUBLIC 7502403
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 09-30-2015

State of _Virginia_   County of _Fairfax_
Subscribed and sworn before me on _06/09/14_
_____   (Date)
_____
(Notary Signature)

NOTE: _Notary is for only - Maria Menjivar._

---

### Certificate of Translation

I, Jorge E. Artieda, am fluent in both English and Spanish. I am competent to translate from Spanish into English, and certify that the translation of Maria Mejivar's oral statement, reflected in the attached document, is true and accurate to the best of my abilities.

_____
Jorge E. Artieda
100 N. Washington Street, Ste. 222
Falls Church, VA 22046
703-388-6055

May 20, 2014

To whom it may concern:

My name is Sandra Alfaro. I am a housewife, mother of 2 children, residing at: 31-33 Graham Rd., Falls Church, VA 22042. It is four years that I know Mr. Jose Castillo. He is my husband's nephew.

We met at a family reunion. Jose is a happy and friendly young man, very respectful; always trying to keep everybody comfortable at family gatherings.

Jose is a family man who makes his children happy. Is extremely dedicate, but above all he is a young man with many good objectives geared to the economic development of our society.

Sandra Alfaro

State of VIRGINIA  County of FAIRFAX
Subscribed and sworn before me on 6/07/14 (Date)

(Notary Signature)

FABIOLA M COPA MONTES
NOTARY PUBLIC 7565795
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES SEPTEMBER 30, 2017

**Certificate of Translation**

I, Jorge E. Artieda, am fluent in both English and Spanish. I am competent to translate from Spanish into English, and certify that the translation of Sandra Alfaro's oral statement, reflected in the attached document, is true and accurate to the best of my abilities.

Jorge E. Artieda
100 N. Washington Street, Ste. 222
Falls Church, VA 22046
703-388-6055

**100**

## AFFIDAVIT OF PERSONAL RELATIONSHIP

I, Edwin R. Ruiz Castillo, was born on April 28, 1977, in Honduras, I am a United States Citizen, and currently reside at 8011 Steadman Street, Alexandria, VA 22309, being duly sworn depose and say:

I am the Affiant and make this Affidavit upon personal knowledge, I am over 18 years of age and competent to testify. I testify that I have known Jose Luis Castillo Hercules since 1999.

I am aware that he had some legal issues in the past. However, I have shared with him in a family environment as he is related to me by marriage, and I have witnessed closely his change of heart. I would like to respectfully request that you review his case. I assure you that Jose Luis has improved his lifestyle. He has bettered himself professionally and personally and I can attest to the way he treats and cares for his wife and daughters. He is an excellent father and would go through great lengths to provide for his family. I have witnessed how he spends quality time with his daughters, how he helps his wife with both their daughters at bath time and also before putting his daughters to bed he would read a bedtime story until they both would fall asleep.

He is seriously attempting to become a productive part of society and an example to his daughters, family and friends and in my most humble opinion deserves a second chance.

Should you have any questions please do not hesitate to contact me at 703-608-6434.

Edwin R. Ruiz Castillo

**OATH OR AFFIRMATION**

**I HEREBY CERTIFY** that on this day, before me, an officer duly authorized in the State and County aforesaid to take acknowledgements, personally appeared, to me known to be the person described in and who executed the foregoing instrument and who acknowledged before me that she executed the same freely, voluntarily and with personal knowledge.

**WITNESS** my hand and official seal in the County and State last aforesaid this 24th day of May, 2014.

MAYLISA RENEE DEY
NOTARY PUBLIC 7566643
COMMONWEALTH OF VIRGINIA

(Signature of Notary Public - State of Virginia)

(Print, Type, or Stamp Commissioned Name of Notary Public)

7566643  Maylisa  Renee Dey

MY COMMISSION EXPIRES MAY 31, 2017

COMMISSION NUMBER

MY COMMISSION EXPIRES: May 31, 2017   ( ) Personally Known or (✓) Produced Type of Identification

Produced: VA Drivers License

**101**





Page 1 of 1



| | | |
|---|---|---|
| Customer Service | | 1-800-848-9136 |
| Monday - Friday | | 8 a.m. - midnight (ET) |
| Saturday | | 8 a.m. - 8 p.m. (ET) |
| | | |
| Hearing Impaired (TTY) | | 1-800-582-0542 |

chase.com



62357 MSD Z 13514 C - BR2 A2
JUAN AYALA
CYNTHIA PENA
5318 RAVENSWORTH RD
SPRINGFIELD VA  22151-2519

## Mortgage Loan Statement



| | |
|---|---|
| Loan Number | |
| Statement Date | 05/15/2014 |
| Property Address | |
| **Total Payment Due** | **$2,887.68** |
| **Payment Due Date** | **6/1/2014** |

A late charge of $115.51 may apply if received after 06/16/2014.

### Loan Overview

| | |
|---|---|
| Original Principal Balance | $376,918.00 |
| Unpaid Principal Balance | $345,425.37 |
| Interest Rate | 6.00000% |
| Escrow Balance | $891.96 |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $530.04 | $2,623.97 |
| Interest | $1,729.78 | $8,675.13 |
| Escrow Payment (Taxes and Insurance) | $627.86 | $3,139.30 |
| **Total** | **$2,887.68** | **$14,438.40** |

### Total Payment For This Billing Period Includes

| | |
|---|---|
| Principal | $532.69 |
| Interest | $1,727.13 |
| Escrow Payment (Taxes and Insurance) | $627.86 |
| **Total Monthly Payment** | **$2,887.68** |
| Fees/Charges | $0.00 |
| **Total Payment Due** | **$2,887.68** |

### Transaction Activity Since Your Last Statement (Including Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| 05/02/2014 | MORTGAGE INSURANCE PAID | | | | $142.82 | | |
| 05/14/2014 | PAYMENT | $2,887.68 | $530.04 | $1,729.78 | $627.86 | | |

### Important Messages

Sign up for automatic mortgage payments and also be entered into a grand-prize drawing for $30,000, plus drawings for $1,000 every other week. Enroll today at chase.com/WinWithAutopayOnline.

Important Notice To Servicemembers And Their Dependents: If you or any owner or occupant of your home is a federal or state Military Servicemember who is, or within the last year was, on active duty or active service, or a dependent of such a Servicemember, you may be entitled to certain legal rights and protections. For more information, please call us at 1-877-469-0110.

If you receive or expect to receive an insurance claim check for damages to your home, you can visit chase.com/InsuranceClaim for information about our claim process. If you have any questions, please call us at 1-866-742-1461 Monday through Friday from 8 a.m. to midnight and Saturday from 8 a.m. to 8 p.m. Eastern Time.

Please detach and return the bottom portion of this statement with your payment using the enclosed envelope.



